**No. 44692.**—Protest 6409–K of Louis Hirsch Textile Machines, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of metal narrowing points exclusively used as an integral and indispensable part of a machine which produces textile fabrics or articles by the knitting process. The claim at 40 percent under paragraph 372 was therefore sustained.

**No. 44693.**—Protests 3171–K, etc., of E. Leitz, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the merchandise was held dutiable as photographic cameras or parts at 20 percent under paragraph 1551. Abstract 7038, *United States* v. *Leitz* (24 C. C. P. A. 139, T. D. 48622) and *United States* v. *Ziess* (id. 145, T. D. 48624) followed.